Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0863**

The person charged as _Hector Silva_ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _Central District_ District of _California_ with _selling, transferring, exchanging, and delivering counterfeit United States currency_, in violation of _Title 18 U.S.C. section 473_

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 3/19/08

_[signature]_

Richard Latulip
(Name)
~~Deputy United States Marshal~~
Special Agent
United States Secret Service

Reviewed and Approved:

Dated: 3/19/08

_[signature]_
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: **SA 08-0115M** |
|---|---|
| v. | |
| HECTOR SILVA | WARRANT FOR ARREST ON CRIMINAL COMPLAINT |

TO: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HECTOR SILVA___ and bring him forthwith to the nearest Judge/Magistrate Judge to answer a complaint charging him with _selling, transferring, exchanging, and delivering counterfeit United States currency with the intent that the same shall be passed, published, and used as true and genuine_ in violation of Title 18, United States Code, Section 473.

With Bail fixed at: $_____.

Dated: March 1_, 2008.

ARTHUR NAKAZATO
_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

CR-95 (7/87)

AUSA: RJK // BAIL RECOMMENDATION: ___Detention___

# CRIMINAL COMPLAINT  *AGENT*

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HECTOR SILVA | Docket No.<br><br>MAGISTRATE'S CASE NO. **SA08-0115M** |

Complaint for violation of Title 18, United States Code, Section 473

| NAME OF MAGISTRATE JUDGE<br>ARTHUR NAKAZATO | TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, CA |
|---|---|---|
| DATE OF OFFENSE<br>December 7, 2007 | PLACE OF OFFENSE<br>Orange County | Address of ACCUSED (IF KNOWN) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 7, 2007, in Orange County, within the Central District of California, defendant **HECTOR SILVA** knowingly sold, exchanged, transferred, and delivered counterfeit United States currency with the intent that the same be passed, published, and used as true and genuine currency, in violation of Title 18, United States Code, Section 473.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

*See* attached affidavit which is incorporated as part of this Complaint.

**MATERIAL WITNESS(ES) IN RELATION TO THIS CHARGE:** Not Applicable

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>JASON WARREN<br>SPECIAL AGENT,<br>UNITED STATES SECRET SERVICE |
|---|---|
| Sworn to before me and subscribed in my presence,<br>SIGNATURE OF MAGISTRATE JUDGE*<br>ARTHUR NAKAZATO              ARTHUR NAKAZATO | DATE<br>March 18, 2008 |

*See* Rules 3 and 54 of the Federal Rules of Criminal Procedure.
USA: RJK

| Court's Orders/Motions | Government's Notes for Bail |
|---|---|
| Government's Notice of Request for Detention from Central District of California is attached. | |

MJ Info Sheet (lb)
11/5/04

| Court's Orders/Motions | Government's Notes for Bail |
|---|---|
| Government's Notice of Request for Detention from Central District of California is attached. | |