

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APRIL 3, 2008

| HON. LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |
|---|---|

08MJ0863-LSP     USA     VS     HECTOR SILVA(1/C/SPA)07901298

                                    1: MAXINE DOBRO
                                    AUSA: JAMES MELENDRES

REMOVAL/ID HEARING
==================================================================
PCL08:1044-1046

DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED