UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HECTOR SILVA** | Magistrate Case<br>No. 08MJ0863<br><br>**WAIVER OF RULE 5(c) and 5.1(a) HEARINGS**<br>(**Excluding** Probation/Supervised Release Violation) |

I, HECTOR SILVA, understand that in the Central District of California, charges are pending alleging violation of Title 18, United States Code, Section 473, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty **if** the United States Attorneys in both districts approve the transfer in writing;

3. A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4. An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary hearing

☒ identity hearing and have been informed I have no right to a preliminary hearing

☐ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

x *[signature]*
HECTOR SILVA
Defendant

*[signature]*
Defense Counsel

3 April 2008
Date

JPME/tlp/March 31, 2008/Revised 12/02