RECEIVED

2008 APR 10 PM 12: 22

~~U.S. DISTRICT COURT~~
~~SOUTHERN DIST. OF CALIF.~~

W. Samuel Hamrick, Jr.
Clerk of Court

BY _____

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



FILED

APR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

April 4, 2008

Clerk, U.S. District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

    Re:    08mj863-LSP, USA v. Hector Silva

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet | _X_ | Warrant of Removal |
| _X_ | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | _X_ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| _X_ | Other   Removal/ID Hearing minutes | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                         Sincerely yours,

                         W. Samuel Hamrick, Jr.
                         Clerk of Court

                         By: s/ K. Madden
                         Deputy Clerk